*Kennedy, J.*

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

**SEALED**

# United States District Court

District: **District of Columbia**

Name of Movant: **Monica Thompson**
Prisoner No.: **23918-016**
Case No.: **CR00-0425-25**

Place of Confinement: **Fluvanna Correctional Center for Women**

UNITED STATES OF AMERICA   v.   **Monica A. Thompson**
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack **U.S. District Court for the District of Columbia, Washington DC**

2. Date of judgment of conviction **April 4, 2003**

3. Length of sentence **57 months**

4. Nature of offense involved (all counts) **1 count Conspiracy to Commit Money Laundering**

CASE NUMBER  1:06CV00025

JUDGE: Henry H. Kennedy

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 01/10/2006

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

(2)